Willie H. MITCHELL, Jr.,
Plaintiff—Appellant,

v.

GMAC; Integon Insurance Company,
Defendants—Appellees.

No. 04–1527.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 21, 2004.

Willie H. Mitchell, Jr., Appellant pro se.
Donald Carpenter Prentiss, Horhntal, Ri-
ley, Ellis & Maland, Elizabeth City, North
Carolina, for Appellees.

Before LUTTIG, KING, and DUNCAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie H. Mitchell, Jr. appeals the district court's order dismissing his complaint against GMAC and Integon Insurance Company for lack of jurisdiction and failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mitchell v. GMAC,* No. CA–03–56–2–FL (E.D.N.C. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*